In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00001-CV
_____

**ALVIN ALLEN JR., Appellant**

**V.**

**CROWN PINE TIMBER 1, LP, Appellee**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CV1813827**

**MEMORANDUM OPINION**

Appellant Alvin Allen, Jr. petitioned this Court to allow a permissive appeal of the trial court's December 4, 2019 interlocutory order denying Crown Pipe Timber 1, LP's motion for partial summary judgment.[1] Crown Pine Timber 1, LP filed a response.

---

[1] *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (Supp.); *see also* Tex. R. App. P. 28.3.

1

To perfect a permissive appeal from an interlocutory order that is not otherwise appealable, the appellant, when in the trial court, must establish "(1) the order to be appealed involves a controlling question of law as to which there is a substantial ground for difference of opinion[,] and (2) an immediate appeal from the order may materially advance the ultimate termination of the litigation."[2] After reviewing the petition and the response, we conclude that Allen's petition for permissive appeal fails to establish the grounds necessary to support a ruling granting his request.[3] For that reason, we deny Allen's petition for a permissive appeal.[4]

PETITION DENIED

PER CURIAM

Submitted on April 1, 2020
Opinion Delivered April 2, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[2] Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d).
[3] *See* Tex. R. App. P. 28.3(e)(4).
[4] *Gulf Coast Asphalt Co., L.L.C. v. Lloyd*, 457 S.W.3d 539, 543 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

2